# Commonwealth ex rel. Derry, Appellant, *v.* Rundle.

Submitted April 20, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Carl T. Derry,* appellant, in propria persona.

*Vincent C. Veldorale* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, September 29, 1965:
Petitioner challenges a 1948 conviction in reliance on the decision in *Escobedo v. Illinois,* 378 U.S. 478, 84 S. Ct. 1758 (1964). Having concluded today that the rule of that case is not to be given retrospective application, *Commonwealth v. Negri,* 419 Pa. 117, 213 A. 2d 670 (1965), *Negri* is here controlling.
Order affirmed.
Mr. Justice COHEN dissents.